UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF LOUISIANA

O'KEITH HILL                                             CIVIL ACTION

Versus                                                   NO: 11-00005

C&M CONTRACTORS, ET AL.                                  SECTION: "F"

ORDER & REASONS

Before the Court is the plaintiff's motion to strike the defendants' jury demand. For the reasons that follow, the motion is GRANTED.

I. Background

This suit in admiralty arises from an injury that plaintiff O'Keith Hill sustained in January 2010, while he was unloading a barge in allegedly navigable waters adjacent to the C&M Contractors facility in Lafitte, Louisiana. While working, Hill was allegedly struck in the face and jaw by a steel hook extending from a crane operated by a C&M Contractors, or Bayou Fuel employee. The plaintiff sued defendants for negligence.

II. Discussion

When a plaintiff has properly identified his claim against the defendant as falling under a federal court's admiralty jurisdiction pursuant to Rule 9(h) of the Federal Rules of Civil Procedure, the court must adjudicate that claim without a jury. See, e.g., Fed. R. Civ. P. 38(e); Raffray v. Gulf Logistics, LLC, 2010 WL 5055849, at *1 (E.D. La. Dec. 2, 2010).

1

Defendants question whether the plaintiff's claim properly comes within the admiralty jurisdiction of this Court. The defendants present a series of conclusory statements as grounds for why admiralty jurisdiction is not proper. Nothing else. The defendants fail to provide the necessary analysis to enable this Court to evaluate the strength of their arguments. No affidavits, no reference to case precedent that is applicable to established facts. Just counsel's surmise.

Accordingly, IT IS ORDERED: the plaintiff's motion to strike is GRANTED.

New Orleans, Louisiana, November 21, 2011.

_____

MARTIN L. C. FELDMAN

UNITED STATES DISTRICT JUDGE